IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SSI TECHNOLOGIES, LLC,

                Plaintiff,

v.                                                                                          OPINION and ORDER

DONGGUAN ZHENGYANG ELECTRONIC                       20-cv-19-jdp
MECHANICAL LTD,

                Defendant.

---

Drafts of the voir dire, special verdict form, and jury instructions are attached.

Entered September 17, 2024.

                BY THE COURT:

                /s/

                _____
                JAMES D. PETERSON
                District Judge