**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S NARROWED AND SUPPLEMENTAL TRIAL EXHIBIT LIST**

| EXHIBIT (S) OF | |
|---|---|
| | SSI Technologies, LLC |
| | V.   Case No. 3:20-cv-50019-jdp |
| Defendant<br>(Indicate plaintiff or defendant) | Dongguan Zhengyang Electronic Mechanical Ltd. |

| Date | Identification No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| 2017 | DX501 | | Cooperation Agreement Draft (SSI_50506181 - SSI_50506182) (aka DZ Exhibit 1) | F, NP, R, 106, X |
| 1/21/2014 | DX502 | | Email from Utz re Weekly Report with attachment (SSI_00131983 - SSI_00131989) (aka DZ Exhibit 2) | F, R, MD |
| 11/13/2018 | DX503 | | Email string re Paccar HD Quotation (SSI_00020043 - SSI_00020044) (aka DZ Exhibit 3) | F, R, H, MIL |
| 1/28/2019 | DX504 | | Email chain Tomas Valenta to Loren Vanderbilt, et al, RE: URGENT - DAF task force - aeration boot required (SSI_00130659 - SSI_00130662 ) (aka DZ Exhibit 4) | F, R, PJ, MIL, MD |
| 3/13/2019 | DX506 | | Email chain Utz to Weber, et al. re DAF meeting March 12, 2019 - Meeting minutes (SSI_00000010 - SSI_00000011) (aka DZ Exhibit 6) | |
| 6/4/2019 | DX507 | | Email chain Bruno Zimmermann to Utz, et al. re SSI Meeting (SSI_00000012 - SSI_00000013) (aka DZ Exhibit 7) | F, R, S, H |
| 6/5/2019 | DX508 | | Email Utz to Weber, et al. re Meeting Minutes - DAF meeting in Eindoven, 06/04/2019 (SSI_00000014 - SSI_00000015) (aka DZ Exhibit 8) | P, 104(b) |
| 10/11/2019 | DX514 | | Email chain Utz to Weber re WG: Arla 32 business with Mercedes Brazil (SSI_00292681 - SSI_00292682) (aka DZ Exhibit 14) | F, R, MIL, PJ, H |
| 1/24/2019 | DX517 | | Email string Re China Trip Report and Next Steps (SSI_00122733) (aka DZ Exhibit 17) | R, X, MIL |

1

| 11/19/2018 | DX518 | | SSI Inter-Office Correspondence Brian Bialy to Matt Weber, Larry Reimer, Bruce Comer, Greg Murphy, Mark Kernien, Tim McElfresh | R, X, MIL |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | | | Re: China Trip Report / Market Summary and Strategy (SSI_00122734 - SSI_00122741) (aka DZ Exhibit 18) | |
| 3/13/2019 | DX519 | | Email Re: Diesel Contamination (SSI_00123473 - SSI_00123479) (aka DZ Exhibit 19) | R, PJ |
| 3/15/2019 | DX520 | | Email chain Brian Bialy to John Schwartz, et al. FW: DAF meeting March 12, 2019 - Meeting Minutes (SSI_00123537 - SSI_00123538) (aka DZ Exhibit 20) | R, PJ |
| 3/15/2019 | DX521 | | Email chain Brian Bialy to Stephen Zeno, et al. RE: Diesel Contamination RE: SC-14621607 RMA 6049 (SSI_00123542 - SSI_00123546) (aka DZ Exhibit 21) | R, MIL, PJ |
| 4/25/2019 | DX522 | | Email chain Michael Christianson to Ainoa Mazeika, et al. RE: See below FW: Email Requested FW: Update RE: Thursday meeting actions (SSI_00125461 - SSI_00125466) (aka DZ Exhibit 22) | R, PJ, X |
| N/A | DX523 | | _Cummins_20190422 spreadsheet (SSI_00125467) (aka DZ Exhibit 23) | F, R, PJ |
| N/A | DX524 | | Cummins U3 Failure Data spreadsheet (SSI_00125468) (aka DZ Exhibit 24) | F, R, PJ |
| N/A | DX525 | | SSI Report re U3 Issue (SSI_00125469 - SSI_00125470) (aka DZ Exhibit 25) | F, 104(b) |
| N/A | DX526 | | SSI TULC Field Return Investigation presentation (SSI_00125471 - SSI_00125473) (aka DZ Exhibit 26) | F, 104(b) |
| N/A | DX529 | | KUS' integer presentation; Integer Emissions Summit & AdBlue Forum Europe 2019 presentation (SSI_00136225 - SSI_00136249) (aka DZ Exhibit 38) | F, H, 104(b) |
| 2/10/2019 | DX530 | | Email chain Jodi Brown to Brian Bialy, et al. Re: CPI 443437 C4.4 DEF Manifold Engineering Meeting (SSI_00139147 - SSI_00139150) (aka DZ Exhibit 39) | F, R, PJ, X |
| N/A | DX531 | | Cover Sheet; Warranty - NTF U3 and DEF Ingress.xlsx (SSI_00139151) (aka DZ Exhibit 40) | F, R, PJ, X |
| 1/22/2020 | DX532 | | Email Bialy to Mike Davis Re: Paccar MD Program (SSI_00142101) (aka DZ Exhibit 41) | F, R, S, H, X |
| 3/9/2016 | DX533 | | SSI Revised Quotation for Integrated TULC Header Assembly | R, PJ, X |

3

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | | | (SSI_00142102 - SSI_00142115) (aka DZ Exhibit 42) | |
| 5/31/2019 | DX534 | | Email Bialy to John Schwartz, et al. Re: China Trip Report (SSI_00282293) (aka DZ Exhibit 50) | F, R, X |
| | DX535 | | SSI Internal Memorandum, Subject: China Trip Report From: Bialy, et al. to Weber, et al. (SSI_00282294 - SSI_00282303) (aka DZ Exhibit 51) | F, R, MIL, S, PJ, X |
| 12/7/2018 | DX536 | | Email chain Mark Kernien to tonyma@walfuelsystems.com re SSI 28653 O Interface SW TULC Rev 4 Software Interface Specification (SSI_00016287 - SSI_00016294) (aka DZ Exhibit 57) | R, PJ |
| 10/25/2018 | DX537 | | Email chain Ryan Wellnitz to Bialy Re Donald-WEMA Unit (SSI_00019970 - SSI_00019971) (aka DZ Exhibit 60) | R, PJ |
| 2/2/2017 | DX538 | | Email chain Murhpy to Bialy, et al. Re SSI and Navistar Supply Agreement - Redlined 2-1-17 (SSI_00024873 - SSI_00024874) (aka DZ Exhibit 63) | F, R, PJ, X |
| 7/2/2015 | DX539 | | SSI Navistar Product Gaps presentation (SSI_00024875 - SSI_00024877) (aka DZ Exhibit 67) | F, R, X |
| 5/19/2018 | DX540 | | SSI Quotation for Navistar DEF Header Assemblies to Lisa McLuckie, Navistar, Inc. (SSI_00023342 - SSI_00023350) (aka DZ Exhibit 68) | F, R, |
| 10/17/2018 | DX541 | | Email Brian Bialy to Matt Weber Re: CAT Global Quotation Draft for your Review (SSI_00112232 - SSI_00112233) (aka DZ Exhibit 69) | F, R, X |
| 6/12/2013 | DX544 | | SSI Presentation: SSI DEF Sensing Technology (SSI_00000074 - SSI_00000080) (aka DZ Exhibit 72) | F, 104(b) |
| 7/18/2013 | DX545 | | Email chain Dave Schlenke to Michael Tuttle RE: Sensor Housing Filter Concepts (SSI_00000919 - SSI_00000020) (aka DZ Exhibit 73) | F, R, PJ, MIL, DUP |
| 8/1/2013 | DX546 | | Email Dave Schlenke to Larry Reimer re Shroud Filter A.K.A. (Air-E-Ator) with attachments, 273321-1-3B-TQD-130722_1140.pdf; CM_130722_1008.pdf (SSI_00000932 - SSI_00000934) (aka DZ Exhibit 74) | R, MD |
| 6/28/2016 | DX550 | | 'U.S. Patent 9,377,441 B2 (Reimer) | F, R, H, PJ, LC |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | | | (SSI_00001291 - SSI_00001303) (aka DZ Exhibit 80) | |
| 1/3/2017 | DX551 | | U.S. Patent 9,535,038 B2 (Reimer) (SSI_00001319 - SSI_00001333) (aka DZ Exhibit 81) | |
| 1/24/2019 | DX558 | | Email chain Tomas Valenta to Patrick Simkins, et al. RE: DAF Failures (Aeration Boot) (SSI_00130649 - SSI_00130650) (aka DZ Exhibit 88) | F, R, PJ |
| 1/25/2019 | DX559 | | Email string, re WG: DAF conference call summary-aeration boot (SSI_00130651 - SSI_00130652) (aka DZ Exhibit 89) | 104(b) |
| 11/20/2018 | DX560 | | SSI Presentation: Next Generation TULC Overview Temperature, Level & Concentration Improvements (SSI_00015863 - SSI_00015911) (aka DZ Exhibit 90) | F, 104(b) |
| 5/2/2018 | DX563 | | Email chain Mark Kernien to Greg Murphy RE: 2018-5-02 DTNA Warranty Presentation Draft with attachment (SSI_00014105 - SSI_00014123) (aka DZ Exhibit 93) | R, PJ, MD |
| 6/9/2016 | DX568 | | Email Greg Murhphy to Larry Reimer re Conti patent on aeration prevention chamber with attachment, Conti_Chamber_Patent.pdf (U.S. Patent 9,121,745 B2; '745 patent) (SSI_00070462 - SSI_00070475) (aka DZ Exhibit 98) | F, R, PJ, MIL, MD, LC, OL |
| 6/21/2012 | DX569 | | U.S. Patent Application 2012/0152015 A1 (DZEM_002781 - DZEM_002794) (aka DZ Exhibit 99) | F, R, PJ, MIL, LC |
| 6/9/2016 | DX570 | | Email chain Larry Reimer to Greg Murphy RE: Conti patent on aeration preventation chamber (SSI_00070476 - SSI_00070478) (aka DZ Exhibit 100) | F, R, PJ, MIL, LC, X, S, IH |
| 1/22/2021 | DX572 | | Opening Expert Report of Andrea Strzelec (aka DZ Exhibit 102) | F, R, H |
| 8/17/2010 | DX574 | | U.S. Patent 7,775,092 (Murphy) (DZEM_006045 - DZEM_006060) (aka DZ Exhibit 104) | F, R, PJ, MIL, LC |
| 9/19/2019 | DX575 | | Email chain Craig Johnson to Sue Gebrayel, et al. RE: EMC Sensor status?? RE: GEN1 - Mar2020 Production - Cat & SSI Collaboration Meeting - TULC Sensor & Header with KUS' integer presentation (SSI_00138138 - SSI_00138168) (aka DZ Exhibit 105) | F, R, PJ, MIL, H, AU |
| 7/30/2019 | DX576 | | Email Robert Twiney to Greg Murphy re '121 Patent and that it does not infringe (SSI_00284156) (aka DZ Exhibit 106) | F, R, P, PJ, PO, MIL, H, clawed |

5

| | | | back by SSI pursuant to the Protective Order |
|---|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 7/2/2019 | DX577 | | Email chain John Schwartz to Greg Murhphy, et al. RE: KUS Aeration Patents with attachments (SSI_00291016 - SSI_00291018) (aka DZ Exhibit 108) | F, MIL, R, MD |
| 7/2/2019 | DX578 | | Email chain Greg Murphy to John Schwartz, et al. RE: KUS Aeration Patents (SSI_00291019 - SSI_00291020) (aka DZ Exhibit 109) | F, R, P, PO, MIL, AU, H, clawed back by SSI pursuant to the Protective Order |
| 8/22/2019 | DX579 | | Email chain Robert Twiney to Greg Murphy, et al. RE: KUS Patent Infringement (SSI_00291877) (aka DZ Exhibit 110) | F, R, P |
| 10/21/2019 | DX580 | | Email Greg Murhphy to Matt Weber re KUS Patent Infringement slides and Product Engineering Succession slide with attachment (SSI_00292801 - SSI_00292804) (aka DZ Exhibit 111) | F, R, P, MD |
| 8/20/2020 | DX582 | | ASTG Strategy Planning Session SSI Technologies, LLC (SSI_00340982 - SSI_00341074 )(aka DZ Exhibit 113) | 104(b), P, PJ, MIL |
| 8/24/2015 | DX583 | | Email chain between Reimer, Weber, Murphy re Business opportunities - mentions KUS (SSI_00118765 - SSI_00118769) (aka DZ Exhibit 114) | R, PJ, MIL, ID |
| 1/10/2019 | DX585 | | Weber letter to PACCAR (DZEM_003312 - DZEM_003314) (aka DZ Exhibit 116) | R, PJ, MIL, MD |
| 8/23/2015 | DX586 | | Email chain Greg Murphy to Matt Weber, et al. RE: DEF Concentration Sensing Market Shift from Emerging to Mature (SSI_00021120 - SSI_00021123) (aka DZ Exhibit 117) | R, PJ, MIL, DUP |
| 1/10/2018 | DX591 | | Email chain Dave Schlenke to Greg Murphy FW: Navistar Warranty Discussion Conference Call 9-14-17 (SSI_00097436 - SSI_00097438) (aka DZ Exhibit 122) | F, R, PJ, MIL, F, S, V, H |
| 1/28/2019 | DX592 | | Email chain Tomas Valenta to Loren Vanderbilt, et al RE: URGENT - DAF task force - aeration boot required (SSI_00130659 - SSI_00130662) (aka DZ Exhibit 123) | F, R, PJ, MIL, H, DUP, X |
| 6/2018 | DX594 | | SSI Management Presentation to Quarton International (SSI_00340853 - SSI_00340920) (aka DZ Exhibit 125) | F, 104(b) |
| 1/22/2021 | DX596 | | Ganssle Expert Report (invalidity) (aka DZ Exhibit 127) | F, R, PJ, MIL, MD, H, AU |

| 5/27/2014 | DX597 | | U.S. Patent 8,733,153 (Reimer) (DZEM_004861 - DZEM_004876) (aka DZ Exhibit 128) | R, MIL, PJ |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 3/25/2019 | DX598 | | KUSTQS-PM-TS-0001 TQS QR Quality_Level Sensor Specification Datasheet (DZEM_004713 - DZEM_004731) (aka DZ Exhibit 129) | 104(b), MIL |
| 2/15/2019 | DX599 | | PM-TS-0002 TQS QR Quality_Level Sensor Datasheet_W Standard_V2.6 (DZEM_000116 - DZEM_000132) (aka DZ Exhibit 130) | 104(b), MIL |
| 10/30/2018 | DX600 | | TQS Q+RUA Type_DataSheet_V01_draft for Daimler 20181030 _O (DZEM_004160 - DZEM_004176) (aka DZ Exhibit 131) | 104(b), MIL |
| 2/15/2019 | DX601 | | PM-TS-0002 TQS QR Quality_Level Sensor Datasheet_W Standard_V2.6 (PM-TS-0002 TQS QR Quality_Level Sensor Datasheet_W Standard_V2.6) (aka DZ Exhibit 132) | 104(b), MIL |
| N/A | DX602 | | Avatar.mc3 (DZEM_006641) (aka DZ Exhibit 133) | F, R, PJ, MIL, AU |
| N/A | DX603 | | KUS Presentation_Aaron Irvin _Developments in Aftertreatment Sensor Technology (SSI_00340818 - SSI_00340844) (aka DZ Exhibit 134) | R |
| 9/22/2011 | DX611 | | U.S. Patent Application Publication No 2011/0228641 (Niemann) (DZEM_002764-2780) (aka DZ Exhibit 142) | R, MIL, PJ |
| 12/21/2011, 5/207/2020 | DX612 | | Japanese Publication JP4842728 ("Satoyuki") and translation (DZEM_007074-7096) (aka DZ Exhibit 143) | F, R, MIL, PJ, AU |
| 10/10/1995 | DX613 | | U.S. Patent 5,456,108 (Birkett) DZEM_002891-2894) (aka DZ Exhibit 144) | R, MIL, PJ |
| 8/15/2012, 1/28/2020 | DX614 | | Chinese Publication CN202381147 ("Gu") and transapplation (DZEM_002518-2529, DZEM_001735-1750) (aka DZ Exhibit 145) | F, R, MIL, PJ, AU |
| 8/15/2012, 1/28/2020 | DX615 | | Japanese Publication JP 2004317288 ("Koji") and translation (DZEM_007033-7048) (aka DZ Exhibit 146) | F, R, MIL, PJ, AU |
| 6/14/1994 | DX616 | | U.S. Patent 5,319,973 (Crayton) (DZEM_008208-82160) (aka DZ Exhibit 147) | R, MIL, PJ |
| 2/13/2020 | DX617 | | KUS DEF Quality Sensor - Rubber Cover presentation (DZEM_004706 - DZEM_004710) (aka DZ Exhibit 148) | 104(b) |
| | DX625 | | DE 10 2009 055 738 A1 ("Bertow") | Withdrawn by DZEM |

9

| | DX626 | | Source code for the Accused Product (DZEM_007098 to DZEM_007169) | R, MIL, PJ, AU, F, H |
|---|---|---|---|---|

10

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | DX627 | | Source code for the Accused Product (DZEM_007181 to DZEM_007237) | R, MIL, PJ |
| | DX628 | | PM-TS-0002 TQS QR Quality_Level Sensor Datasheet_W Standard_V2.6 (DZEM_000116 – DZEM_000132) | R, DUP |
| | DX629 | | PM-TS-0002 TQS QR Quality_Level Sensor Datasheet_W Standard_V2.6 (DZEM_006910 – DZEM_006926) | R, DUP |
| | DX630 | | Tdc1000-q1 (DZEM_005304 - DZEM_00536) | R, F, H, AU, ID, MIL, PJ |
| | DX633 | | KUS bubble issue solutions_20170929 (DZEM_000102 - DZEM_000113) | F, 104(b) |
| | DX634 | | TQS Introduction (DZEM_000228 - DZEM_000255) | 104(b) MIL |
| | DX635 | | KUS bubble issue solutions for BOSCH_20171116 (DZEM_003103 - DZEM_003113) | 104(b), MIL |
| | DX636 | | Failure Mode and Improvement for CAT 12.04 (DZEM_004113 - DZEM_004128) | 104(b), MIL |
| | DX637 | | Bubble test report (DZEM_004905 - DZEM_004910) | F, R, AU, F, MIL, PJ, foreign language |
| | DX638 | | TC20200214005 RD8CR-243&RD8AT-243 sensor Vibration Test Report 20200326 (DZEM_004911 - DZEM_004915) | R, AU, F, H, MIL, PJ |
| | DX639 | | 20170616 TQS Optimize, Coating test report (DZEM_005679 - DZEM_005685) | R, AU, F, H, MIL, PJ |
| | DX640 | | Exemplar for the accused sensor | F, AU, ID, 37 |
| | DX641 | | Samples of the rubber cover | F, AU, ID, 37 |
| | DX642 | | A physical sample of the TQS sensor | F, AU, ID, 37 |
| | DX643 | | Additional samples of the rubber cover and transducer unit | F, AU, ID, 37, MIL |
| | DX644 | | Lindsey G. Fisher Credentials | F, R, PJ, MIL, H, AU |
| | DX645 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 3: Reasonable Royalty Damages - Summary | F, R, PJ, MIL, H, AU, 106 |
| | DX646 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 4: Mr. Bero's Combined Corrected Damages Calculations - Summary | F, R, PJ, MIL, H, AU, 106, M |

| | | | | |
|---|---|---|---|---|
| | DX647 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 4.1: Mr. Bero's Damages - Combined Corrections (63% Market Share) - Lost Profits and Reasonable Royalty | F, R, PJ, MIL, H, AU, 106, M |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | DX648 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 4.2: Mr. Bero's Damages - Combined Corrections (52% Market Share) - Lost Profits and Reasonable Royalty | F, R, PJ, MIL, H, AU, 106, M |
| | DX649 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 5.1: Mr. Bero's Damages - Removing Non-Infringing PACCAR Units - Lost Profits Only | F, R, PJ, MIL, H, AU, 106, M |
| | DX650 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 5.2: Mr. Bero's Damages - Removing Non-Infringing PACCAR Units - Lost Profits and Reasonable Royalty | F, R, PJ, MIL, H, AU, 106, M |
| | DX651 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 6.1: Mr. Bero's Damages - Corrected Market Share (63%) - Lost Profits and Reasonable Royalty | F, R, PJ, MIL, H, AU, 106, M |
| | DX652 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 6.2: Mr. Bero's Damages - Corrected Market Share (52%) - Lost Profits and Reasonable Royalty | F, R, PJ, MIL, H, AU, 106, M |
| | DX653 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 7: Mr. Bero's Damages - Corrected for Non-Infringing PACCAR Units - Reasonable Royalty Only | F, R, PJ, MIL, H, AU, 106, M |
| | DX654 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 9: SSI Unit Sales, Revenue, COGS, and Gross Profit of TULC Sensors (Standalone, Heater Modules, Tank Assembly) | F, R, PJ, MIL, H, AU, 106, M |
| 2012-2017 | DX655 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 10.1: SSI Income Statement - 2012-2017 | F, R, PJ, MIL, H, AU, 106, M |
| 2019-2021 | DX656 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 10.2: SSI - Strategic Plan Financials - 2019-2021 | F, R, PJ, MIL, H, AU, 106, M |
| 2020-Oct. 2023 | DX657 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 11: DZEM Accused Units, Revenue, and Average Selling Price - 2020-Oct. 2023 | F, R, PJ, MIL, H, AU, 106, M |
| 2020-Oct. 2023 | DX658 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 11.1: DZEM Accused Units & "1100 Product Cost" and "8610 Product Cost" - 2020-Oct. 2023 | F, R, PJ, MIL, H, AU, 106, M |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | DX659 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 12: DZEM TQS Unit Sales Summary by Customer - With and Without Rubber Cover | F, R, PJ, MIL, H, AU, 106, M |
| 2020-2022 | DX660 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 13: KUS Technology Corporation's Profit and Loss Summary - 2020-2022 | F, R, PJ, MIL, H, AU, 106, M |
| 2020-2023 | DX661 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 13.1: CNY (RMB) to USD Conversion - 2020-2023 | F, R, PJ, MI , H, AU, 106, M |
| 2018 | DX662 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 14.1: 2018 PACCAR Letter of Intent - Meduim Duty Cost Transparency - Summary | F, R, PJ, MIL, H, AU, 106, M |
| 2018 | DX663 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 14.1.1: 2018 PACCAR Letter of Intent - Meduim Duty Cost Transparency - Profit Summary | F, R, PJ, MIL, H, AU, 106, M |
| 2022 | DX664 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 14.2: 2022 PACCAR Letter of Intent - Heavy Duty Cost Transparency - Summary | F, R, PJ, MIL, H, AU, 106, M |
| 2022 | DX665 | | Expert Report of Lindsey G. Fisher dated April 29, 2024 Exhibit 14.2.1: 2022 PACCAR Letter of Intent - Heavy Duty Cost Transparency - Profit Summary | F, R, PJ, MIL, H, AU, 106, M |
| | DX670 | | DZEM presentation (DZEM_000133 DZEM_000156) | 104(b) |
| | DX671 | | SSI TULC sensor information (DZEM_002817 DZEM_002823) | 104(b) |
| | DX672 | | DZEM doc (DZEM_004670 DZEM_004697) | ID, H, MD, R, MIL, PJ |
| | DX673 | | Cummins RFQ to DZEM (DZEM_010669 DZEM_10671) | R, F, H, AU |
| | DX674 | | DZEM accused sensor (DZEM_011501 DZEM_011507) | R, F, H, AU, ID, ILL, MD |
| | DX675 | | DZEM doc re PACCAR (DZEM_012864 DZEM_012864) | F, R, ID, ILL, MD |
| | DX676 | | DZEM costs (DZEM_017049 DZEM_017064) | F, R, ID, ILL, MD |
| | DX677 | | DZEM sales (DZEM_017079 DZEM_017079) | |
| | DX678 | | DZEM sales spreadsheet (DZEM_021418 DZEM_021418) | R, F, AU, H |
| | DX679 | | DZEM P&L (DZEM_021421 DZEM_021423) | F, R, MIL, foreign |

|  |  |  |  | |
|---|---|---|---|---|
|  |  |  |  | currency |
|  | DX680 |  | SSI sales PACCAR (SSI_00123473 SSI_00123479) | ID, R, H, PJ, MIL, MD, DUP |
|  | DX681 |  | SSI Navistar warranty issues (SSI_00123542-SSI_00123546) | ID, R, H, PJ, MIL, MD, DUP |
|  | DX682 |  | SSI email with Cummins (SSI_00125461-SSI_00125466) | ID, R, H, PJ, MIL, MD |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | DX683 | | SSI pricing information (SSI_00017693-SSI_00017697) | F, ID, R, H, PJ, MIL, MD |
| | DX684 | | SSI pricing for DTNA (SSI_00289926-SSI_00289928) | F, ID, R, H, PJ, MIL, MD |
| | DX685 | | SSI document re sensor (SSI_00290957-SSI_00290981) | ID, R |
| | DX686 | | SSI management presentation (SSI_00340853-SSI_00340920) | R, DUP |
| | DX687 | | Ex.10.1 – SSI Income Statement (SSI_00340921-SSI 00340937) | F, R |
| | DX688 | | Ex.10.1 – SSI Income Statement (SSI_00340938-SSI 00340954) | F, R |
| | DX689 | | Ex.10.1 – SSI Income Statement (SSI_00340955-SSI 00340969) | F, R |
| | DX690 | | SSI market for DEF sensors (SSI_00340982-SSI_00341074) | F, R, DUP |
| | DX691 | | Ex.10.1 – SSI Income Statement (SSI_00341093-SSI_00341095) | F, R |
| | DX692 | | Excel Chart with SSI product information (SSI_00341237-SSI_00341237) | F, R |
| | DX693 | | www.kusauto.com/en/about/ | ID, F, H, AU, MD, 37 |
| | DX694 | | Design Overview DEF Sensor (DZEM) | ID, F, H, AU, 37 |
| 11/13/2018 | DX696 | | Exhibit 009 (Irvin).pdf aka Invalidity Search Report for US 9,535,038 B2 Reduction of aeration interference in an ultrasonic fluid sensing system (DZEM_005442 – 5470) | LATE, X, Subject to SSI's Motion to Strike (Dkt. 299), F, R, PJ |
| 08/07/2014 | DX697 | | OQS Status Introduction by KUS D&R Department dated 2014-08-07 (DZEM_000392-406) | LATE, Subject to SSI's Motion to Strike (Dkt. 299), F, R, PJ |
| | DX*** | | Any exhibit marked by another party. | ID |

Dated September 23, 2024          Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/ Shane A. Brunner
    Shane A. Brunner, SBN 1034128
    sabrunner@michaelbest.com
    One South Pinckney Street, Suite 700
    Madison, WI 53703
    Telephone: 608.257.3501
    Facsimile: 608.283.2275

    S. Edward Sarskas, SBN 1025534
    sesarskas@michaelbest.com
    Melanie J. Reichenberger, SBN1061510
    mjreichenberger@michaelbest.com
    790 North Water Street, Suite 2500
    Milwaukee, WI 53202
    Telephone: 414.271.6560
    Facsimile: 414.277.0656

    J. Ryan Gray, SBN 1104649
    jrgray@michaelbest.com
    4509 Creedmoor Road, Suite 501
    Raleigh, NC 27612
    Telephone: 984.220.8750
    Facsimile: 877.398.5240

*Attorneys for SSI Technologies, LLC*