IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SSI TECHNOLOGIES, LLC,

                Plaintiff,

v.                                                                             ORDER

DONGGUAN ZHENGYANG ELECTRONIC                    20-cv-19-jdp
MECHANICAL LTD,

                Defendant.

---

Drafts of the special verdict form and post-trial jury instructions are attached.

Entered October 2, 2024.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JAMES D. PETERSON
                                      District Judge