IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SSI TECHNOLOGIES, LLC,

                Plaintiff,

v.

DONGGUAN ZHENGYANG ELECTRONIC
MECHANICAL LTD,

                Defendant.

PERMANENT INJUNCTION ORDER

20-cv-19-jdp

---

**WHEREAS:**

Defendant Dongguan Zhengyang Electronic Mechanical, Ltd. (DZEM) has been found to infringe claims 9, 10, 11, 12, 13, and 18 of U.S. Patent No. 9,535,038 (the Infringed Claims).

The Court has determined that DZEM's infringement has caused and is continuing to cause irreparable injury to Plaintiff SSI Technologies, LLC (SSI); that SSI has no adequate remedy at law; that the balance of harms favors issuing a permanent injunction; and that the public interest would not be disserved by a permanent injunction.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that:

The Enjoined Parties are DZEM, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, including DZEM's dealers and distributors, who receive actual notice of this injunction.

The Enjoined Parties are hereby restrained and enjoined from making, using, offering to sell, selling or importing in the United States the DZEM TQS QR Type Quality Sensor with

a rubber cover over the sensing area and any other product not more than colorably different therefrom in relation to the Infringed Claims.

DZEM must promptly provide written notice of this injunction to its officers, agents, servants, employees, attorneys, distributors, dealers, and any other persons or entities in active concert or participation with it. DZEM must take all necessary and appropriate means to ensure that this order is complied with.

This injunction will run from today to until there are no unexpired, valid, and enforceable Infringed Claims.

The Court retains jurisdiction to enforce this injunction.

Entered April 21, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge