IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SSI TECHNOLOGIES, LLC,

        Plaintiff,

v.

        Case No. 20-cv-19-jdp

DONGGUAN ZHENGYANG
ELECTRONIC MECHANICAL LTD,

        Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dongguan Zhengyang Electronic Mechanical LTD ("DZEM") against plaintiff SSI Technologies, LLC ("SSI") on SSI's claim that DZEM infringed claims 1, 2, 4, 7 and 8 of U.S. Patent No. 8,733,153.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of SSI on SSI's claim that DZEM infringed claims 9–13 and 18 of U.S. Patent No. 9,535,038; and dismissing DZEM's sham-litigation, tortious-interference, and invalidity counterclaims.

    IT IS FURTHER ORDERED AND ADJUDGED that SSI is awarded $39,998,175 in damages; $2,516,882 in prejudgment interest as of June 30, 2025; $2,603,725.49 in attorney fees and $795,825.90 in non-taxable costs under 35 U.S.C. § 285; and $95,160.09 in taxable costs under Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920.

    IT IS FINALLY ORDERED AND ADJUDGED THAT DZEM and its officers, agents, servants, employees and attorneys, and persons in active concert or participation with them,

including DZEM's dealers and distributors, who receive actual notice of this injunction (collectively, the Enjoined Parties) are permanently enjoined as follows:

The Enjoined Parties are hereby restrained and enjoined from making, using, offering to sell, selling or importing in the United States the DZEM TQS QR Type Quality Sensor with a rubber cover over the sensing area and any other product not more than colorably different therefrom in relation to claims 9–13 and 18 of U.S. Patent No. 9,535,038; and

DZEM must promptly provide written notice of this injunction to its officers, agents, servants, employees, attorneys, distributors, dealers, and any other persons or entities in active concert or participation with it. DZEM must take all necessary and appropriate means to ensure that this order is complied with; and

This injunction will run from June 30, 2025, until there are no unexpired, valid, and enforceable Infringed Claims; and

This court retains jurisdiction to enforce this injunction.

Approved as to form this 30th day of June, 2025.

_____
James D. Peterson
District Judge

by _____ Deputy Clerk         _____6/30/25_____
Joel Turner                                Date
Clerk of Court